UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:19-cv-00952-AWI-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND CLOSING CASE**<br><br>(ECF Nos. 11, 12) |

Plaintiff, Paul Nivard Beaton, is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 29, 2019, the assigned magistrate judge entered findings and recommendations recommending that this action be dismissed, with prejudice and without leave to amend, based on Plaintiff's failure to state a cognizable claim under § 1983 and that this dismissal be subject to the "three strikes" provision of 18 U.S.C. § 1915(g). (ECF No. 11.) The magistrate judge alternatively recommended that this action be dismissed without prejudice for failure to exhaust. (*Id.*) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days after service. (*Id.*) Plaintiff timely filed objections. (ECF No. 12.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections (ECF No. 12), the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on October 29, 2019 (ECF No. 11) are adopted in full;
2. This action is dismissed, with prejudice and without leave to amend, based on Plaintiff's failure to state a cognizable claim under § 1983.
3. This dismissal is subject to the "three strikes" provision of 28 U.S.C. § 1915(g).
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 4, 2020

_____
SENIOR DISTRICT JUDGE